1  JOHN M. GORE
   Principal Assistant Attorney General
2  Civil Rights Division

3  FARA GOLD
   Special Litigation Counsel
4  MAURA WHITE
   Trial Attorney
5  Criminal Section, Civil Rights Division
   United States Department of Justice
6  601 D ST NW
   Washington, DC 20004
7  202-305-1896/202-616-5103
   fara.gold@usdoj.gov/maura.white@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of A white 2009 Dodge Grand Caravan, California License Plate 6GVH226, Bearing VIN 1D8HN44E39B505678, currently located at 2001 Freedom Way, Roseville, CA 95678 | CASE NO. 2:19-SW-0114 CKD<br><br>ORDER UNSEALING WARRANT |

This matter came before the Court on the United States' request to unseal the search warrant, application, affidavit, and sealing documents in the above-referenced case. For the reasons stated therein, and good cause showing, IT IS HEREBY ORDERED THAT the search warrant, application, affidavit, and sealing documents in the above-referenced case are unsealed and shall be made part of the public docket.

IT IS SO ORDERED.

Dated: February 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE